JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7433

------------------------------------------------------X

ARMADA (SINGAPORE) PTE. LTD.,                :

                      Plaintiff,          :          ECF CASE

- against -                                              :

COMPANIA NAVIERA VALPARAISO    :
S.A.,

                                          :

                      Defendant.
------------------------------------------------------X

RECEIVED AUG 2 1 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiffs, certifies that they are private (non-governmental) entities, with the below identified corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: August ___, 2007
New York, NY

                                        The Plaintiff,

                               By: /s/ Charles E. Murphy
                               Charles E. Murphy (CM-2125)
                               Kevin J. Lennon (KL-5072)
                               Nancy R. Peterson (NP-2871)
                               LENNON, MURPHY & LENNON, LLC
                               The Gray Bar Building
                               420 Lexington Ave., Suite 300
                               New York, NY 10170
                               Phone (212) 490-6050
                               Fax (212) 490-6070
                               cem@lenmur.com
                               kjl@lenmur.com
                               nrp@lenmur.com