CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ARMADA (SINGAPORE) PTE. LTD.,            :
                                          :
                                          :
                Plaintiff,                :   **07-CV-7433**
                                          :
         v.                               :   **NOTICE OF**
                                          :   **APPEARANCE**
COMPANIA NAVIERA VALPARAISO S.A.,         :
                                          :
                                          :
                                          :
                Defendants.               :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 24, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

                        By:   _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com