**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant
Compania Naviera Valparaiso S.A.
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ARMADA (SINGAPORE) PTE. LTD.

          Plaintiff,

- against -

COMPANIA NAVIERA VALPARAISO S.A.

          Defendant.

------------------------------------------------------X

ECF CASE

07 Civ 7433 (LAK)

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Compania Naviera Valparaiso S.A. represents to this Honorable Court that said Defendant does not have a corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       October 3, 2007

                        **LAW OFFICES OF RAHUL WANCHOO**
                        Attorneys for Defendant

                        By: _/s/ Rahul Wanchoo_
                        Rahul Wanchoo (RW-8725)