**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Defendant
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone:  (201) 882-0303
Fax:      (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ARMADA (SINGAPORE) PTE. LTD.

                Plaintiff,

        - against -

COMPANIA NAVIERA VALPARAISO S.A.

                Defendant.

-------------------------------------------------------X

ECF CASE

07 Civ 7433 (LAK)
**NOTICE OF RESTRICTED**
**APPEARANCE PURSUANT TO**
**SUPPLEMENTAL RULE E(8)**

Compania Naviera Valparaiso S.A., by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Compania Naviera Valparaiso S.A.

Dated: New York, New York
        October 3, 2007

                                  **LAW OFFICES OF RAHUL WANCHOO**
                                  Attorneys for Defendant
                                  Compania Naviera Valparaiso S.A.

                                By: _Rahul Wanchoo_____
                                    Rahul Wanchoo (RW-8725)